FILED

SEP -1 PM 1:25

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**VRW**

IN THE MATTER OF

CV 09 80 235 MISC

Jean Mildred Maltby - #198031

_____ /

### ORDER TO SHOW CAUSE

It appearing that Jean Mildred Maltby has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Jean Mildred Maltby
Attorney at Law
8667 Starlight Lane
Sebastopol, CA 95472