**FILED**

NOV 1 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                         No CV-09-80235 MISC VRW

Jean M Maltby,
                                          ORDER
State Bar No 198031

_____/

On September 1, 2009, the court issued an order to show cause (OSC) why Jean M Maltby should not be removed from the roll of attorneys authorized to practice law before this court, based upon her inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009.

The OSC was mailed to Ms Maltby's address of record with the State Bar on September 2, 2009. In response to the OSC, Ms Maltby advised the court that she is attempting to comply with all MCLE requirements. As of this date, the State Bar web site still show Ms Maltby as ineligible to practice law in California.

The court now orders Jean M Maltby removed from the roll of attorneys authorized to practice before this court until she provides proof of reinstatement by the State Bar of California. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Jean M Maltby,

_____/

Case Number: CV-09-80235   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jean M Maltby
8667 Starlight Lane
Sebastopol, CA 95472

Dated: November 18, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*